THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA (8599)
david@omaralaw.net
311 East Liberty Street
Reno, NV 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
frankj@johnsonandweaver.com
SHAWN E. FIELDS
shawnf@johnsonandweaver.com
110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Co-Lead Counsel for Plaintiff/Appellant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM MIRAGE DERIVATIVE LITIGATION | Case No. 2:09-cv-01815-KJD-RJJ |
| | **NOTICE OF APPEAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | |

1 **TO: THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD**

2  Notice is hereby given that Plaintiff Mario Guerrero ("Plaintiff") appeals to the United
3 States Court of Appeals for the Ninth Circuit from (1) the Order granting Defendants' Motion to
4 Dismiss and entered on June 30, 2014 (Dkt. No. 123); and (2) the Judgment dated and entered on
5 June 30, 2014 (Dkt. No. 124).

7 DATED: July 30, 2014    JOHNSON & WEAVER, LLP
                          FRANK J. JOHNSON
8                         SHAWN E. FIELDS

                          */s Frank J. Johnson*
10                        FRANK J. JOHNSON

11                        110 West "A" Street, Suite 750
                          San Diego, CA 92101
12                        Telephone: (619) 230-0063
13                        Facsimile: (619) 255-1856
                          frankj@johnsonandweaver.com
14                        shawnf@johnsonandweaver.com

15                        THE O'MARA LAW FIRM, P.C.
                          DAVID C. O'MARA
16                        311 East Liberty Street
17                        Reno, NV 89501
                          Telephone: (775) 323-1321
18                        Facsimile: (775) 323-4082
                          david@omaralaw.net
19
20                        *Co-Lead Counsel for Plaintiff/Appellant*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Johnson & Weaver, LLP, and that the following document was served via electronic service: **NOTICE OF APPEAL.**

THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
311 East Liberty Street
Reno, NV 89501
david@omaralaw.net

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
110 West "A" Street, Suite 750
San Diego, CA 92101
frankj@johnsonandweaver.com
shawnf@johnsonandweaver.com

*Co-Lead Counsel for Plaintiff/Appellant*

PISANELLI BICE, PLLC
TODD L. BICE
JARROD L. RICKARD
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, NV 89169
tlb@pisanellibice.com
jlr@pisanellibice.com

*Counsel for Defendants/Appellees MGM Mirage, Willie D. Davis, Alexis Herman, Roland Hernandez, Kirk Kerkorian, Anthony Mandekic, Rose McKinney-James, Daniel J. Taylor and Melvin B. Wolzinger*

/ / /

/ / /

| | | |
|---|---|---|
| 1 | IRELL & MANELLA LLP<br>DAVID SIEGEL<br>GLENN K. VANZURA<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>dsiegel@irell.com<br>gvanzura@irell.com | MORRIS LAW GROUP<br>STEVE MORRIS<br>AKKE LEVIN<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>sm@morrislawgroup.com<br>al@morrislawgroup.com |

MUNGER, TOLLES & OLSON LLP
MARK H. EPSTEIN
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071
mark.epstein@mto.com

*Counsel for Defendants/Appellees James J. Murren, Robert H. Baldwin, Gary N. Jacobs, and Daniel J. D'Arrigo*

Dated: July 30, 2014                         *s/ Frank J. Johnson*
                                             FRANK J. JOHNSON