| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 17 2014 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARIO GUERRERO, Derivatively on Behalf of MGM Mirage,

        Plaintiff - Appellant,

  v.

JAMES J. MURREN; et al.,

        Defendants - Appellees.

No. 14-16470

D.C. No. 2:09-cv-01815-KJD-RJJ
District of Nevada,
Las Vegas

ORDER

Appellant's motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted. This case is dismissed with prejudice.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
     to Rule 27 and Ninth Circuit Rule 27-10

10NOV2014/LBS/Pro Mo